**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

VAUGHN YOUNG, JR.
ADC #652377                                                                                PLAINTIFF

V.                                                1:07CV00020 WRW/JTR

ROBERTSON, Administrative
Segregation, Grimes Unit; and
MONTGOMERY, Administrative
Segregation, Grimes Unit                                                           DEFENDANTS

**<u>JUDGMENT</u>**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, due to

Plaintiff's failure to timely and properly comply with the Court's May 10, 2007 Order.  Further, the

Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this

Judgment and the accompanying Order of Dismissal would not be taken in good faith.

IT IS SO ORDERED 14th day of June, 2007.

/s/ Wm. R. Wilson, Jr
UNITED STATES DISTRICT JUDGE